IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| DIANNA K. LARSON, ET AL., | : : | |
| Plaintiffs | : : | Case No. 09-69123 |
| v. | : : | Transferred from the |
| BONDEX INTERNATIONAL, ET AL., | : : | Central District of Utah |
| Defendants | : | |

### ORDER

**AND NOW**, this **15th** day of **November, 2010,** it is hereby **ORDERED** that Defendant Georgia Pacific LLC's Objections to Magistrate Judge Angell's Memorandum Opinion (doc. no. 75) filed on June 7, 2010 and (doc. no. 78) filed on June 21, 2010 are **OVERRULED.**

It is further **ORDERED** that Plaintiffs' Objections to Magistrate Judge Angell's Memorandum Opinion (doc. no. 76) filed on June 7, 2010 are **OVERRULED.**

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　**S/Eduardo C. Robreno**
　　　　　　　　　　　　　　　　　　　**EDUARDO C. ROBRENO, J.**