IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. IV) | Consolidated Under MDL DOCKET NO. 875 |
| DIANNA K. LARSON, et al. | E.D. PA Civil Action No. 09-69123 |
| v. | Transferor Court District of Utah (Central) |
| BONDEX INTERNATIONAL, et al. | 08-cv-00333 |

ORDER

AND NOW, this 9th day of December, 2010, upon consideration of the pending motions for summary judgment and the responses thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

(1) Defendant Bondex International, Inc., RPM, Inc., And RPM International, Inc.'s Motion For Summary Judgment [Doc. 22] is **DISMISSED WITHOUT PREJUDICE in light of the fact that this Defendant is in bankruptcy proceedings.** *See Doc. 77.*

(2) Defendant Georgia-Pacific LLC's Motion For Summary Judgment On Causation [Doc. 18] is **DENIED.**

(3) Defendant Georgia-Pacific LLC's Motion For Summary Judgment On Product Identification [Doc. 17] is **DENIED.**

(4) Defendant Union Carbide Corporation's Motion For Summary Judgment [Doc. 21] is **DENIED.**

(5) Georgia-Pacific LLC's Amended Memorandum in Support of Its Amended Motion for Summary Judgment on Production Identification [Doc. 87] is **STRICKEN AS UNTIMELY.**

BY THE COURT:

Date: 12-9-2010
By Fax and/or Mail: See the Attached List

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Robert N.C. Nix Federal Building
900 Market Street, Suite 211
Philadelphia, PA 19107

**Chambers of**
**M. FAITH ANGELL**                              P:  (215) 597-6079
United States Magistrate Judge                   F:  (215) 580-2165

## *FAX / MAIL COVER SHEET*

**CASE NO.**   09-69123 (ED Pa #)          **DISTRICT COURT JUDGE:** ER
                                            215-580-2362

**TODAY'S DATE:** December 9, 2010          **LAW CLERK'S INITIALS:** JJK

| **NAME** | **FAX NUMBER** |
|---|---|
| (1) Julie L. Celum, Esq./Charles E. Valles, Esq. | 214-357-7252 |
| (2) Mark F. James, Esq./Brent O. Hatch, Esq. | 801-363-6666 |
| (3) Richard W. Pruett, Esq./Dennis H. Markusson, Esq. | 303-595-3780 |
| (4) Timothy C. Houpt, Esq. | 801-328-0537 |
| (5) Joshua D. Scheets, Esq. | 215-575-0856 |
| (6) John P. Ball, Jr., Esq./Katherine E. Venti, Esq./ Nicole G. Farrell, Esq. | 801-536-6111 |
| (7) Kevin J. O'Brien, Esq. | 215-564-2526 |
| (8) Mary Price Birk, Esq./Ronald L. Hellbusch, Esq. | 303-861-7805 |
| (9) Patricia W. Christensen, Esq. | 801-532-7750 |
| (10) James P. Hadden, Esq. | 302-425-0180 |

\*\*\*\*\*\*\*\*\*\*\* -COMM. JOURNAL- \*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE DEC-09-2010 \*\*\*\*\* TIME 17:29 \*\*\*\*\*\*

```
MODE = MEMORY TRANSMISSION          START=DEC-09 16:49   END=DEC-09 17:29

FILE NO.=952

STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                 PAGES       DURATION
NO.           ABBR NO.

001   OK      ⁂            2155802362                           016/016     00:05:57
002   OK      ⁂            12143577252                          016/016     00:02:54
003   OK      ⁂            18013636666                          016/016     00:02:29
004   OK      ⁂            13035953780                          016/016     00:05:04
005   OK      ⁂            18013280537                          016/016     00:03:54
006   OK      ⁂            12155750856                          016/016     00:02:07
007   OK      ⁂            18015366111                          016/016     00:05:29
008   OK      ⁂            12155642526                          016/016     00:03:51
009   OK      ⁂            13038617805                          016/016     00:02:11
010   OK      ⁂            18015327750                          016/016     00:04:59
011   OK      ⁂            13024250180                          016/016     00:04:55
```

                                                         -HON. M. FAITH ANGELL -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -215 580 2165  - \*\*\*\*\* -    215 580 2165- \*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. IV) | Consolidated Under MDL DOCKET NO. 875 |
| DIANNA K. LARSON, et al. | E.D. PA Civil Action No. 09-69123 |
| v. | Transferor Court District of Utah (Central) 08-cv-00333 |
| BONDEX INTERNATIONAL, et al. | |

### MEMORANDUM

M. FAITH ANGELL                                                December 9, 2010
UNITED STATES MAGISTRATE JUDGE

    Presently before this Court for decision are four motions for summary judgment filed by Defendants. For the reasons stated below, all four motions for summary judgment will be denied as follows: Defendant Bondex International's Motion for Summary Judgment will be denied without prejudice as this Defendant is in bankruptcy proceedings; Defendant Georgia-Pacific's Motion for Summary Judgment on Causation will be denied because Plaintiff's challenged expert testimony has been ruled admissible; and Defendants Georgia-Pacific and Union Carbide's motions for summary judgment on product identification will be denied on the merits.[1]

---

[1] This Memorandum will address the merits of the two motions for summary judgment on product identification which have been filed by Defendants Georgia-Pacific and Union Carbide. The issues raised in the remaining two motions have been resolved and/or are stayed and, therefore, will not be separately discussed.

Page 1 of 14